# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACARIAS MOUSSAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-93-J |
| | ) |
| HUSSEIN AL ATTAS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a federal prisoner proceeding pro se, initiated this action on January 21, 2025. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636. [Doc. No. 4].

On February 24, 2025, Judge Stephens issued a Report and Recommendation recommending the dismissal of Plaintiff's action without prejudice due to his failure to follow the Court's rules and orders.[1] [Doc. No. 7]. While Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by March 17, 2025, he submitted no objection. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 7] and DISMISSES Plaintiff's action without prejudice. A separate judgment will follow.

---

[1] In his Report and Recommendation, Judge Stephens also indicated that Plaintiff's pending motion for reconsideration had no bearing on his ultimate recommendation because it, too, was unresponsive to his prior orders. *See* [Doc. No. 7].

2

IT IS SO ORDERED this 27th day of March, 2025.

                                                    _____
                                                    BERNARD M. JONES
                                                    UNITED STATES DISTRICT JUDGE